IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM ETTA BAILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:11-cv-13383-RHC-LJM |
| v. ) | |
| ) | JUDGE ROBERT H. CLELAND |
| ZWICKER & ASSOCIATES, P.C. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

| | |
|---|---|
| **WEISBERG & MEYERS, LLC** | **Correspondence address** |
| Ronald S. Weiss (P48762) | Weisberg & Meyers, LLC |
| 7035 Orchard Lake Road, Suite 600 | 5025 N. Central Ave., #602 |
| West Bloomfield, MI 48322 | Phoenix, AZ 85012 |
| RWeiss@AttorneysForConsumers.com | |
| (888) 595-9111 ext. 230 | |
| (866) 565-1327 Fax | |
| *Lead Counsel for Plaintiff* | |

_____

### STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice and without fees or costs to either party.

Dated this 1st day of November, 2011.

| | |
|---|---|
| For Plaintiff, | For Defendant, |
| s/ Ronald S. Weiss | s/ Robert W. Thuotte |
| Weisberg & Meyers, LLC | Zwicker & Associates, P.C. |

Filed electronically on this 1st day of November, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 1st day of November, 2011, to:

Shannon Pawley, Esq.
Zwicker & Associates, P.C.
320 East Big Beaver Road, Suite #10
Troy, MI 48083
Tel. (248) 743-0882
Fax (248) 743-0887

By: s/Ronald S. Weiss
    Ronald S. Weiss

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM ETTA BAILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:11-cv-13383-RHC-LJM |
| v. ) | |
| ) | JUDGE ROBERT H. CLELAND |
| ZWICKER & ASSOCIATES, P.C. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

| | |
|---|---|
| WEISBERG & MEYERS, LLC<br>Ronald S. Weiss (P48762)<br>7035 Orchard Lake Road, Suite 600<br>West Bloomfield, MI 48322<br>RWeiss@AttorneysForConsumers.com<br>(888) 595-9111 ext. 230<br>(866) 565-1327 Fax<br>*Lead Counsel for Plaintiff* | **Correspondence address**<br>Weisberg & Meyers, LLC<br>5025 N. Central Ave., #602<br>Phoenix, AZ 85012 |

_____

### ORDER ON PARTIES STIPULATION TO DISMISS WITH PREJUDICE

The court, having considered the parties Stipulation to Dismiss, GRANTS the Stipulation and the suit is dismissed with prejudice.

SO ORDERED.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: November 3, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 3, 2011, by electronic and/or ordinary mail.

                                                 s/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522